| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Julio A. Tapia |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Middle District of Alabama |
| Case number | 17-10307 |

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Prime Asset Fund III, LLC

**Court claim no.** (if known): n/a

**Last 4 digits** of any number you use to identify the debtor's account: 1 1 9 8

**Date of payment change:**
Must be at least 21 days after date of this notice: 01/01/2020

**New total payment:**
Principal, interest, and escrow, if any: $ 563.50

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☐ No
   - ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 18.25          New escrow payment: $ 28.13

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☑ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%          New interest rate: _____%

   Current principal and interest payment: $ _____          New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - ☑ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____          New mortgage payment: $ _____

| Debtor 1 | Julio A. Tapia | Case number (if known) 17-10307 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ D. Anthony Sottile
Signature

Date 12/02/2019

Print: **D. Anthony Sottile**
First Name   Middle Name   Last Name

Title **Authorized Agent for Creditor**

Company **Sottile & Barile, LLC**

Address **394 Wards Corner Road, Suite 180**
Number   Street

**Loveland**    OH    45140
City            State   ZIP Code

Contact phone **513-444-4100**

Email **bankruptcy@sottileandbarile.com**

**FCI Lender Services, Inc.**
Toll Free: (800) 931-2424 Hrs.: Mon-Fri 8:00 a.m. - 5:00 p.m. (PT)
Website: www.trustfci.com   NMLS #4920   DRE #01022780
PO BOX 28720 Anaheim CA 92809-0112   Fax: (714) 282-5775

# Annual Escrow Disclosure Statement

| | | | |
|---|---|---|---|
| **Borrower :** | JULIO A TAPIA<br>756 Will Logan Rd<br>Ozark, AL 36360-5170 | **Present Loan Information :** | Account Number: ▮▮▮▮▮<br>Paid To Date: 12/01/2019<br>Principal balance: $71,235.45<br>Note Rate: 6.500%<br>Regular Payment: $535.37<br>Escrow Payment: $18.25<br>Suspense Payment: $0.00<br>Other Payments: $0.00 |
| **Property Address :** | 756 Will Logan Road<br>Ozark, AL 36360 | | Suspense Balance: $455.54<br>Escrow Balance: $46.96<br>Unpaid Interest: $0.00<br>Unpaid Charges: $125.00 |

Dear JULIO A TAPIA :

Enclosed is your Escrow Disclosure Statement and notice of new mortgage payment for your loan. At least once a year FCI reviews your escrow account to determine if the current monthly payment amounts are sufficient to cover your projected taxes and/or insurance premiums. Increases or decreases in your annual tax and/or insurance amounts may cause your monthly payment to change. The first section of the Statement projects activity for the upcoming 12 months as well as any changes to your monthly installment. Prior Year Escrow Payment Activity on the Statement reflects activity on your escrow account from January 2019 through December 2019. Payments are shown in the month received which may not necessarily be the month due. **The Statement assumes timely receipt of payments and scheduled disbursements through December 31, 2020.**

**Surplus:** A Surplus is the amount by which a current impound/escrow balance exceeds the target balance for the 12-month period for the impound/escrow account. Refunds due to Surplus will be mailed within 30 days. Tax bills other than the annual secured bill are your responsibility to pay. Before spending your refund, you should check with your local County Tax Collector and/or the Assessor's Office to determine if a Supplemental Tax Bill is pending or expected to be issued.

**Shortage:** A Shortage means that an amount by which a current impound/escrow account balance falls short of the target balance at the time of the impound/escrow analysis. Some reasons for the shortage include deficiency of total payments received and increases in tax and/or insurance amount during the projection year. If you choose to pay the escrow shortage in full rather than have it collected over 12 months, your new monthly payment is the amount listed in the top portion of your Statement. Your check for the lump sum payment and request should be submitted directly to FCI Lender Services, Inc. Attn: Escrow Department at the address listed below.

**Deficiency:** A Deficiency is the amount of a negative balance in an impound/escrow account which occurs due to the Servicer advancing funds to pay the impound/escrow item.

**Target Balance:** A Target Balance means the estimated month-end balance in an impound/escrow account that is just sufficient to cover the remaining disbursements from the impound/escrow account for the remainder of the 12 month period that are required to cover annual taxes, insurance, or other escrow/impound items.

Please take the time to review the Statement prior to the changes taking place. Changes to your monthly installment, as indicated in your Statement, will be reflected on your January, 2020 billing statement. If you are using an automatic payment provider, please notify them of the change in payment amount to avoid possible late fees.

If you have any questions regarding this Statement, please call our toll free number at 800-931-2424, Ext. 650, Monday through Friday between the hours of 8:00 a.m. and 5:00 p.m. Pacific Standard Time or visit our website www.trustfci.com at anytime. When calling, please reference your loan number, so that we may better serve you.

Regards,

Customer Care Department
FCI Lender Services, Inc.

# FCI Lender Services, Inc.
Toll Free: (800) 931-2424 Hrs.: Mon-Fri 8:00 a.m. - 5:00 p.m. (PT)
Website: www.trustfci.com   NMLS #4920   DRE #01022780
PO BOX 28720 Anaheim CA 92809-0112   Fax: (714) 282-5775

# Annual Escrow Disclosure Statement

| SUMMARY | |
|---|---:|
| Total Projected Payments from Escrow | $288.39 |
| Divide by # of Months in Statement Period | 12 |
| Equals Monthly Projected Payments to Escrow | $24.03 |
| Target Balance = Projected Pymt to Escrow + 2 extra month cushion | $336.56 |
| Starting Projected Balance (+) | $46.96 |
| Starting Required Balance (-) | $96.07 |
| Delinquency Vouchers (-) | $0.00 |
| Your account is showing a shortage (see letter for more information regarding shortage) | $49.11 |
| Shortage divided by 12 months | $4.09 |
| **P&I:** $535.37  **New Escrow:** $28.13  **New Payment:** | $563.50 |

| NEW PAYMENT INFORMATION AS OF 1/1/2020 | |
|---|---:|
| Principal & Interest | $535.37 |
| Escrow Payment | $24.04 |
| Shortage | $4.09 |
| Surplus | $0.00 |
| Deficiency | $0.00 |
| Suspense Payment | $0.00 |
| Others | $0.00 |
| Payment Amount | $563.50 |
| New Payment Date | 01/01/2020 |

**IMPORTANT NOTE:** It is our goal to provide you with accurate escrow information. If your loan account is delinquent, this analysis may not include current escrow information and may not accurately reflect your actual or projected escrow activity. Please inform this office immediately of your current tax and insurance information by calling 800-931-2424 in order to re-establish your escrow account. Insurance information may not be calculated into this analysis if the information was not provided to the Servicer. Please note, once annual insurance premium information has been provided, the payment must be re-projected.

These are the escrow items we anticipate we will collect for or pay on your behalf in your upcoming 12 month period. The dollar amount shown may be the last amount actually paid for that item, or may project the next amount due as defined by Federal Law. Based on these anticipated disbursements, the amount of your escrow deposit is calculated and displayed here.

| ESCROW ACCOUNT PROJECTIONS FOR COMING YEAR | | | | | Escrow Balance | |
|---|---|---|---|---|---|---|
| Month - Year | To Escrow | Shortage | From Escrow | Description | Projected | Required |
| | | | | Required Deposit | $46.96 | $96.07 |
| January-2020 | $24.04 | $4.09 | $0.00 | | $75.09 | $120.11 |
| February-2020 | $24.04 | $4.09 | $0.00 | | $103.22 | $144.15 |
| March-2020 | $24.04 | $4.09 | $0.00 | | $131.35 | $168.19 |
| April-2020 | $24.04 | $4.09 | $0.00 | | $159.48 | $192.23 |
| May-2020 | $24.04 | $4.09 | $0.00 | | $187.61 | $216.27 |
| June-2020 | $24.04 | $4.09 | $0.00 | | $215.74 | $240.31 |
| July-2020 | $24.04 | $4.09 | $0.00 | | $243.87 | $264.35 |
| August-2020 | $24.04 | $4.09 | $0.00 | | $272.00 | $288.39 |
| September-2020 | $24.04 | $4.09 | $0.00 | | $300.13 | $312.43 |
| October-2020 | $24.04 | $4.09 | $288.39 | Dale County Revenue Commissioner | $39.87 | $48.08 * |
| November-2020 | $24.04 | $4.09 | $0.00 | | $68.00 | $72.12 |
| December-2020 | $24.04 | $4.09 | $0.00 | | $96.13 | $96.16 |
| Total : | $288.48 | $49.08 | $288.39 | | | |

Account: ▮▮▮▮▮▮   Statement Date: 10-10-2019

\* This is your Low Point. The Low Point is zero plus the allowed reserve as guided by the Real Estate Settlement and Procedure Act (RESPA). Reserve amount by Federal Law (RESPA) is two times your monthly Escrow Payment (T&I) Excluding (MIP,PMI) unless State Law specifies a lower amount.

| PRIOR ESCROW PAYMENT PROJECTIONS August 2018 - July 2019 | | | | | Escrow Account Balance | |
|---|---|---|---|---|---|---|
| Month - Year | Payments To Escrow | Shortage | Payments From Escrow | Description | Projected | Required |
| | | | | Required Deposit | $291.27 | $243.98 |
| August-2018 | $22.19 | ($3.94) | $0.00 | | $309.52 | $266.17 |
| September-2018 | $22.19 | ($3.94) | $0.00 | | $327.77 | $288.36 |
| October-2018 | $22.19 | ($3.94) | $266.17 | Dale County Revenue Commissioner | $79.85 | $44.38 |
| November-2018 | $22.19 | ($3.94) | $0.00 | | $98.10 | $66.57 |
| December-2018 | $22.19 | ($3.94) | $0.00 | | $116.35 | $88.76 |
| January-2019 | $22.19 | ($3.94) | $0.00 | | $134.60 | $110.95 |
| February-2019 | $22.19 | ($3.94) | $0.00 | | $152.85 | $133.14 |
| March-2019 | $22.19 | ($3.94) | $0.00 | | $171.10 | $155.33 |
| April-2019 | $22.19 | ($3.94) | $0.00 | | $189.35 | $177.52 |
| May-2019 | $22.19 | ($3.94) | $0.00 | | $207.60 | $199.71 |
| June-2019 | $22.19 | ($3.94) | $0.00 | | $225.85 | $221.90 |
| July-2019 | $22.19 | ($3.94) | $0.00 | | $244.10 | $244.09 |
| Total : | $266.28 | ($47.28) | $266.17 | | | |

The following statement of activity in your escrow account from **January 2019** To **December 2019** displays actual activity as it occurred in your escrow account during that period.

| PRIOR YEAR ESCROW PAYMENT ACTIVITY January 2019 - December 2019 | | | | |
|---|---|---|---|---|
| Month - Year | Payments To Escrow | Payments From Escrow | Description | Balance |
| January-2019 | $18.25 | $0.00 | JULIO A TAPIA | $152.85 |
| February-2019 | $0.00 | $0.00 | | $152.85 |
| March-2019 | $18.25 | $0.00 | JULIO A TAPIA | $171.10 |
| March-2019 | $18.25 | $0.00 | JULIO A TAPIA | $189.35 |
| April-2019 | $18.25 | $0.00 | JULIO A TAPIA | $207.60 |
| April-2019 | $18.25 | $0.00 | JULIO A TAPIA | $225.85 |
| May-2019 | $18.25 | $0.00 | JULIO A TAPIA | $244.10 |
| June-2019 | $0.00 | $0.00 | | $244.10 |
| July-2019 | $18.25 | $0.00 | JULIO A TAPIA | $262.35 |
| July-2019 | $18.25 | $0.00 | JULIO A TAPIA | $280.60 |
| August-2019 | $18.25 | $0.00 | JULIO A TAPIA | $298.85 |
| September-2019 | $18.25 | $0.00 | JULIO A TAPIA | $317.10 |
| October-2019 | $18.25 | $0.00 | JULIO A TAPIA | $335.35 |
| October-2019 | $0.00 | $288.39 | Dale County Revenue Commissioner | $46.96 |
| November-2019 | $0.00 | $0.00 | | $46.96 |
| December-2019 | $0.00 | $0.00 | | $46.96 |
| Total : | $200.75 | $288.39 | | |

**Note: FCI Lender Services, Inc. is a debt collector and is attempting to collect a debt. Any information obtained will be used in furtherance of that purpose.**

IF YOU OR YOUR ACCOUNT ARE SUBJECT TO PENDING BANKRUPTCY PROCEEDINGS, OR IF YOU HAVE RECEIVED A BANKRUPTCY DISCHARGE, THIS LETTER IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT AN ATTEMPT TO COLLECT A DEBT.

Account: ▮▮▮▮▮▮   Statement Date: 10-10-2019

**CUSTOMER SERVICE:** Our Customer Care Department is here to help if you have any questions. Please call us toll-free during regular business hours (Mon-Fri, 8:00 am - 5:00 pm PT) at 1-800-931-2424, x651.

**ERROR RESOLUTION AND REQUEST FOR INFORMATION:** If you believe that there is an error in your account or if you need FCI to provide you with any documentation or information regarding your mortgage loan account, please write to FCI at the following address: FCI Lender Services, Inc. - Attn: Consumer Requests, P.O. Box 28720, Anaheim, CA 92809-0112; or fax to FCI at 1-714-282-5775. You will need to provide us the name of the Borrower(s), the mortgage loan account number and either describe the error that you believe has occurred or the request for specific information or documentation. We do not accept any requests for either Error Resolution or for documentation and/information over the telephone although you can call us if you have any questions about the Error Resolution and/or Request for Information process.

**CONFORMING PAYMENTS - PAYOR REQUIREMENTS:** The payment coupon must be included with remittance. Payments are to be received in accordance with the periodic payment statement and must include your account number clearly illustrated on the payment instrument. All payments must be received by FCI during normal business hours (Mon-Fri, 8:00 am to 5:00 pm PT) in order to be credited to Payer's account the same day of receipt. All payments must be payable in U.S. Dollars only and mailed directly to FCI's payment processing P.O. Box set forth in FCI's Periodic Statement and payment coupon. **PARTIAL PAYMENTS** are held in suspense accounts until a full payment is received. At that point, the full payment will be applied to the principal and interest of the first monthly payment to become delinquent or as otherwise referenced in your Note and Security Instrument. Any **PARTIAL PAYMENTS** received within 30 days of the loan transfer date from FCI will be returned.

**NOTE ACCELERATION DISCLOSURE:** If your loan is in foreclosure or has been accelerated, the accrual of late charges may be waived from the acceleration date in accordance with state and federal regulations. They are listed on the statement for reinstatement and informational purposes only.

**SERVICEMEMBERS CIVIL RELIEF ACT:** The Service members Civil Relief Act may offer protection or relief to members of the military who have been called to active duty. If either you have been called to active duty or you are the spouse or dependent of a person who has been called to active duty, and you have not yet made us aware of your status, please contact our Customer Care Department during normal business hours (Mon-Fri, 8:00 am to 5:00 pm PT) at 1-800-931-2424, x651.

**MORTGAGE COUNSELING:** For help exploring your options, the Federal government provides contact information for housing counselors, which you can access by contacting the Consumer Financial Protection Bureau at http://www.consumerfinance.gov/mortgagehelp or the Department of Housing and Urban Development at: http://www.hud.gov/offices/hsg/sfh/hcc/fc/index.cfm, or by calling HUD at 1-800-569-4287.

**NEW YORK CONSUMERS ONLY:** FCI is registered with the Superintendent of the New York State Department of Financial Services (NMLS #4920). Our goal is to provide professional and courteous service to our customers. We welcome your comments and feedback regarding our services. If you have a complaint regarding our services, we ask you to contact us to discuss your concerns. If the need arises, you may file complaints about FCI with the New York State Department of Financial Services. You may obtain further information from the New York State Department of Financial Services by calling the Department's Consumer Assistance Unit at 1-877-BANK-NYS or by visiting the Department's website at www.dfs.ny.gov.

**OREGON CONSUMERS ONLY:** Residential mortgage loan servicers are regulated by the Oregon Division of Financial Regulation. To file a complaint, call (888) 877-4894 or visit http://dfr.oregon.gov.

**IMPORTANT NOTICE: IF YOU OR YOUR ACCOUNT ARE SUBJECT TO PENDING BANKRUPTCY PROCEEDINGS, OR IF YOU RECEIVED A BANKRUPTCY DISCHARGE ON THIS DEBT, THIS STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT AN ATTEMPT TO COLLECT A DEBT. IF YOU ARE NOT IN BANKRUPTCY OR DISCHARGED OF THIS DEBT, BE ADVISED THAT FCI IS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

| | |
|---|---|
| In Re: | Case No. 17-10307 |
| Julio A. Tapia | Chapter 13 |
| Debtor. | Judge Bess M. Parrish Creswell |

## CERTIFICATE OF SERVICE

I certify that on December 2, 2019, a copy of the foregoing Notice of Mortgage Payment Change was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    Samantha Valenzuela, Debtor's Counsel
    bankruptcy@v-lawfirm.com

    Sabrina L. McKinney, Chapter 13 Trustee
    Trustees_office@ch13mdal.com

    Bankruptcy Administrator
    ba@almb.uscourts.gov

    Office of the United States Trustee
    (registeredaddress)@usdoj.gov

I further certify that on December 2, 2019, a copy of the foregoing Notice of Mortgage Payment Change was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Julio A. Tapia, Debtor
    756 Will Logan Rd.
    Ozark, AL 36360

| | |
|---|---|
| Dated: December 2, 2019 | /s/ D. Anthony Sottile |
| | D. Anthony Sottile |
| | Authorized Agent for Creditor |
| | Sottile & Barile, LLC |
| | 394 Wards Corner Road, Suite 180 |
| | Loveland, OH 45140 |
| | Phone: 513.444.4100 |
| | Email: bankruptcy@sottileandbarile.com |